UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN MORITZ,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. C23-5303 RSM<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Based on Defendant's Motion to Amend the Scheduling Order, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 18, 2023, to file Defendant's Responsive Brief; and

- Plaintiff shall have up to and including October 2, 2023, to file a Reply Brief.

DATED this 22nd day of August, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1