UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN MORITZ,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5303 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 16, 2023, to file Defendant's Responsive Brief; and
- Plaintiff shall have up to and including October 30, 2023, to file a Reply Brief.

DATED this 19th day of September, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1